

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-21-00336-CV

———————————————

IN THE INTEREST OF A.S., A CHILD

On Appeal from the 367th District Court
Denton County, Texas
Trial Court No. 18-0907-431

Before Walker, J.; Sudderth, C.J.; and Kerr, J.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

We have considered the parties' "Agreed Motion to Dismiss Appeal," which is signed by their attorneys. In accordance with the parties' agreement, we grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(2)(A), 43.2(f).

As the parties have additionally agreed, appellant S.N. must pay all costs of this appeal. *See* Tex. R. App. P. 42.1(d), 43.4.

Per Curiam

Delivered: December 30, 2021